```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         PANAMA CITY DIVISION

IN RE:                            )
                                  )
ROBERT AND SANDRA DEASON          )  CASE NO.  09-50421-LMK
                                  )     CHAPTER 7
     Debtor.                      )
_____)
```

<u>REPORT OF UNCOLLECTED FUNDS</u>

    JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

```
                    NAME AND ADDRESS
CLAIM NO.             OF CREDITOR                        AMOUNT

   4                Chase Bank USA, NA                   1,857.88
                    P. O. Box 15145
                    Wilmington, DE 19850
```

```
Dated: 7/26/10                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.,
                                    TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com
```